UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

CASE NO. 08-10042-CV-KING

JORGE TELLEZ,

    Petitioner,

v.

WALTER MCNEIL,

    Respondent.
_____/

## ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY AND MOTION FOR APPOINTMENT OF COUNSEL

THIS CAUSE comes before the Court upon the Petitioner's Motion for Certificate of Appealability (D.E. #23) and Motion for Appointment of Counsel (D.E. #24), both of which were filed on April 21, 2009.

After a careful review of the record in the above-styled case, the Court hereby finds that (1) for purposes of this Motion for Certificate of Appealability, the Petitioner has failed to make a substantial showing of the denial of a constitutional right mandated by 28 U.S.C. § 2253(c)(2) and *Miller-El v. Crockrell*, 537 U.S. 322 (2003); and (2) for purposes of the Motion for Appointment of Counsel, such an appeal in this matter is frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), and *California Dept. of Corrs. v. Morales*, 514 U.S. 499, 514 (1995); *Kirby v. Siegelman*, 195 F.3d 1285 (11th Cir. 1999); and *Hunter v. Fla. Parole & Prob. Comm'n*, 674 F.2d 847, 848 (11th Cir. 1982).

Therefore, it is **ORDERED, ADJUDGED and DECREED** that the Petitioner's Motion for Certificate of Appealability (**D.E. #23**) and Motion for Appointment of Counsel (**D.E. #24**) be, and the same are hereby, **DENIED**.

**DONE AND ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 23rd day of April, 2009.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: CK 11th Cir Ct App.

**Jorge Tellez, pro se**
DC #190144
South Bay Correctional Facility
600 U.S. Highway 27 South
South Bay, FL 3349

<u>Counsel for Respondent</u>
**Linda S. Katz**
**Richard L. Polin**
Attorney General Office
444 Brickell Avenue
Suite 650
Miami, FL 33131